[No. 13740-6-III.   Division Three.   November 14, 1995.]

DANNY L. NOUWENS, ET AL., *Appellants*, v. WALLACE
M. HUPPERT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 93-2-00053-0, Michael E. Cooper, J., entered November 23, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 14013-0-III.   Division Three.   November 14, 1995.]

WILBUR G. HALLAUER, ET AL., *Respondents*, v.
SPECTRUM PROPERTIES, INC., *Defendant*, ERNESTO C.
DEL ROSARIO, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 90-2-00218-9, James Murphy, J., entered April 11 and May 20, 1994. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 14043-1-III.   Division Three.   November 14, 1995.]

*In the Matter of the Marriage of* LORI SUE LOFLAND,
*Respondent, and* GARY E. LOFLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 91-3-00769-4, Ted Kolbaba, J., entered April 8, 1994. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Thompson, C.J., and Schultheis, J.

[No. 16450-7-II.   Division Two.   November 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDI
RENEE PAUSCHERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 213492034, Donald H. Thompson, J., entered August 21, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J.